UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60028-CR-HURLEY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

OSMAR D. MEJIA,

        Defendant.
_____/

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE is before the Court upon motion of the United States for entry of a preliminary order of forfeiture. Being fully advised in the premises and based on the motion of the United States and the record in this matter and for good cause shown thereby, the Court finds as follows with respect to forfeiture in this action as to defendant Osmar D. Mejia, hereinafter referred to as "defendant"):

    1.    On February 5, 2008, the grand jury charged Osmar D. Mejia, (hereinafter referred to as "defendant"), in a five (5) count indictment with being a felon in possession of firearms, in violation of Title 18, United States Code, Section 922(g)(1) and dealing in firearms without a license, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a) and 924(a)(1)(D).

    2.    The Indictment further sought the forfeiture of the defendant's interest in certain property pursuant to Title 28, United States Code, Section 2461(c), Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)( C) and Title 21, United States Code, Section 853, those assets including:

  a. Seven (7), FN-57 semi-automatic pistols,

  b. Seven (7) Glock Model 35 semi-automatic pistols,

  c. One-hundred-fifty (150) rounds of 5.7 mm ammunition,

  d. Twenty-one (21) 20 round magazines,

  e. Fourteen (14) 15 round magazines,

  f. Two (2) Bore brushes,

  g. Six (6) Gun loaders, and

  h. Four (4) Gun locks.

3. On May 16, 2008, defendant Osmar D. Mejia, entered a plea of guilty to Counts 1, 3 and 5, relevant to this motion, acknowledging violations of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2) and consenting in the Plea Agreement to forfeiture of the above listed property pursuant to Title 28, United States Code, Section 2461(c), Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)( C) and Title 21, United States Code, Section 853.

Therefore, in consideration of the defendant's guilty plea to the Indictment and to his agreement to this forfeiture, upon motion of the United States and for good cause shown thereby, it is hereby

  **ORDERED and ADJUDGED** that:

1. All right, title and interest of defendant Osmar D. Mejia in the following property is hereby forfeited to the United States of America pursuant Title 18, United States Code, Section 924(d)(1):

  a. Seven (7), FN-57 semi-automatic pistols,

  b. Seven (7) Glock Model 35 semi-automatic pistols,

   c. One-hundred-fifty (150) rounds of 5.7 mm ammunition,

   d. Twenty-one (21) 20 round magazines,

   e. Fourteen (14) 15 round magazines,

   f. Two (2) Bore brushes,

   g. Six (6) Gun loaders, and

   h. Four (4) Gun locks.

  2. The United States Immigration and Customs Enforcement or any duly authorized law enforcement official, shall seize and take custody of the property identified herein above as forfeited under this order pursuant to 21 U.S.C. § 853(g).

  3. The United States shall cause to be published at least once, in a newspaper of general circulation, notice of this Order as required by 21 U.S.C. § 853(n)(6). The notice shall state that any person, other than the defendant, having or claiming a legal interest in the property ordered forfeited by this order must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier; that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; and that the petition shall be signed by the petitioner under penalty of perjury, shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and shall set forth any additional facts supporting the petitioner's claim and the relief sought.

  4. The United States may provide, to the extent practicable, direct written notice to any person known to have an alleged interest in the property that is subject of the Order of Forfeiture, in addition to the published notice.

  5. The United States is further authorized, pursuant to 21 U.S.C. § 853(m) and Fed.

R. Crim. P. 32.2(c)(1), to conduct any discovery necessary, including depositions, to identify, locate or dispose of the property ordered forfeited herein or in order to expedite ancillary proceedings related to any third party petition claims filed with respect to the forfeited property.

**IT IS FURTHER ORDERED** that upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n) in which all interests will be addressed. If no claims are filed within 30 days of the final publication or receipt of actual notice, whichever is earlier, then pursuant to 21 U.S.C. § 853(n)(7), the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, or any duly authorized law enforcement official, shall dispose of the property forfeited hereunder according to law.

DONE AND ORDERED in Chambers, at West Palm Beach, Palm Beach County, Florida this 29 day of July, 2008.

_____
HONORABLE DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

cc:   AUSA Roger W. Powell, (2 certified copies)