UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60028-CR-HURLEY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

OSMAR D. MEJIA,

        Defendant.
_____/

**FINAL ORDER OF FORFEITURE**

Upon motion of the United States for entry of a final order of forfeiture pursuant to the procedures of Title 21, United States Code, Section 853, and Rule 32.2 of the Federal Rules of Criminal Procedure, upon a review of the record in this matter and for good cause shown thereby, the Court hereby finds that:

1. On February 5, 2008, the grand jury charged Osmar D. Mejia, (hereinafter referred to as "defendant"), in a five (5) count indictment with being a felon in possession of firearms, in violation of Title 18, United States Code, Section 922(g)(1) and dealing in firearms without a license, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a) and 924(a)(1)(D).

2. The Indictment further sought the forfeiture of the defendant's interest in certain property pursuant to Title 28, United States Code, Section 2461(c), Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)( C) and Title 21, United States Code, Section 853, those assets included:

    a.    Seven (7), FN-57 semi-automatic pistols,

    b.    Seven (7) Glock Model 35 semi-automatic pistols,

   c. One-hundred-fifty (150) rounds of 5.7 mm ammunition,

   d. Twenty-one (21) 20 round magazines,

   e. Fourteen (14) 15 round magazines,

   f. Two (2) Bore brushes,

   g. Six (6) Gun loaders, and

   h. Four (4) Gun locks.

3. On May 16, 2008, defendant Osmar D. Mejia, entered a plea of guilty to **Counts 1, 3 and 5**, relevant to this motion, acknowledging violations of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2) and consenting in the Plea Agreement to forfeiture of the above listed property pursuant to Title 28, United States Code, Section 2461(c), Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)( C) and Title 21, United States Code, Section 853. [DE #28].

4. On July 29, 2008, this Court entered a preliminary order of forfeiture, against the firearms and ammunition listed above in favor of the United States of America pursuant to Title 18, U.S.C. § 924(d)(1).

5. Beginning on August 18, 2008, a Notice of Forfeiture of the property was posted on the official government internet site (www.forfeiture.gov) for at least 30 consecutive days for world wide circulation, as required by Rule G(4)(a)(iv)( C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The published notice stated the intent of the United States to forfeit all right title and interest in and to dispose of the property identified in said Preliminary Order of Forfeiture; advised all third parties, if any, of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property; and set forth the requirement that anyone seeking to claim an interest in the property to be forfeited

must file a petition in conformance with Title 21, United States Code, Section 853(n)(2), within thirty days after the earlier of the final date of publication of the notice or the receipt of actual notice.

6. All persons known to the United States to have a legal interest in the property ordered forfeited have thereby been notified according to Title 21, United States Code, Section 853(n)(1).

7. No third party has filed a timely petition for an ancillary hearing and the Court is not aware of any party having any interest in the property ordered forfeited by the Preliminary Order of Forfeiture identified herein above.

Accordingly, pursuant to Title 21, United States Code, Section 853(n)(7), Rule 32.2(c)(2) of Federal Rules of Criminal Procedure, and for good cause shown, it is hereby,

**ORDERED, ADJUDGED and DECREED** that all right, title and interest in the property identified in paragraph (2) above, is hereby transferred, forfeited to and vested in the United States of America. The United States pursuant to Title 21, United States Code, Section 853(n)(7), shall have clear title vested to the above listed property.

**IT IS FURTHER ORDERED** that the United States Customs and Border Protection, or any other duly authorized law enforcement agents, shall dispose of the forfeited property in accordance with the law.

**DONE AND ORDERED** this 23 day of October 2008, in Chambers, at West Palm Beach, Palm Beach County, Florida.

HONORABLE DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

cc: AUSA Roger W. Powell, (2 certified copies)

3